## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARTH NEWMAN, | ) |
|                 Plaintiff, | ) Civil Action No. 2:20-cv-01973-RJC |
| v. | ) Honorable Robert J. Colville |
| POLLOCK COHEN, LLP, STEVE COHEN, CHRISTOPHER K. LEUNG, and ADAM POLLOCK, | ) |
|                 Defendants. | ) |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and LCvR 7.1 of the Western District of Pennsylvania, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Pollock Cohen, LLP, in the above-captioned action, certifies that Pollock Cohen is a limited liability partnership and, as such, is not publicly traded.

Dated: December 21, 2020

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Joanna M. Rodriguez*
Marla N. Presley
PA ID No. 91020
Marla.Presley@jacksonlewis.com
Joanna M. Rodriguez
PA ID No. 318853
Joanna.Rodriguez@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
(412) 232-0404
(412) 232-3441 *facsimile*

*Counsel for Defendants*