# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARTH NEWMAN,  )  )   Plaintiff,   )  )  v.   )  ) POLLOCK COHEN, LLP,   ) STEVE COHEN,   ) CHRISTOPHER K. LEUNG, and  ) ADAM POLLOCK,   )  )   Defendants.   ) | Civil Action No. 2:20-cv-01973-RJC  Honorable Robert J. Colville |

## STIPULATION OF EXTENSION OF TIME
## FOR DEFENDANTS TO RESPOND TO PLANITIFF'S COMPLAINT

The parties, by and through undersigned counsel, hereby stipulate and agree that pursuant to LCvR 7(E), Defendants are accorded an extension of time within which to respond to the Complaint, until on or before February 1, 2021.

Dated: December 22, 2020            Respectfully submitted,

MCELROY LAW FIRM LLC                JACKSON LEWIS P.C.

BY: */s/ Rachel L. McElroy*          BY: */s/ Marla N. Presley*
Rachel L. McElroy, Esq.              Marla N. Presley, Esq.
PA ID No. 321624                     PA ID No. 91020
rachel@mcelroylawfirm.com            marla.presley@jacksonlewis.com
McElroy Law Firm LLC                 Joanna M. Rodriguez, Esq.
461 Cochran Rd. #107                 PA ID No. 318853
Pittsburgh, PA 15228                 joanna.rodriguez@jacksonlewis.com
(412) 620-8735                       1001 Liberty Avenue, Suite 1000
                                     Pittsburgh, PA 15222
*Counsel for Plaintiff*              (412) 232-0404

                                     *Counsel for Defendants*