IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARTH NEWMAN,** | Civil Action No. 2:20-cv-01973-RJC |
| **Plaintiff,** | |
| v. | Honorable Robert J. Colville |
| **POLLOCK COHEN, LLP,** | |
| **STEVE COHEN,** | |
| **CHRISTOPHER K. LEUNG, and** | |
| **ADAM POLLOCK,** | *Electronically Filed* |
| **Defendants.** | **JURY TRIAL DEMANDED** |

## RENEWED MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, Darth Newman, files this Renewed Motion for Preliminary Injunction, and in support states as follows.

1. On November 24, 2020, Plaintiff filed his Verified Complaint in the Fifth Judicial District of Pennsylvania Civil Division. (Exhibit A: Defendants' Notice of Removal Exhibit A)

2. On December 15, 2020, Defendants accepted service of the Verified Complaint. (Exhibit A)

3. On December 18, 2020, at 8:20am, Plaintiff filed a Motion for Preliminary-Injunction in the Fifth Judicial District and served Defendants with a copy of the Motion for Preliminary Injunction. The Motion for Preliminary Injunction is attached hereto and incorporated into and made part of this Motion as Exhibit B.

4. On December 18, 2020, the Honorable Judge McVay scheduled a Status Conference upon consideration of Plaintiff's Motion for Preliminary Injunction to be conducted on December 21, 2020. (Exhibit C)

5. Later on December 18, 2020, Defendants removed this action to the Western District of Pennsylvania pursuant to 28 U.S.C. § 1332 on the grounds of diversity. Defendants included a copy of Plaintiff's Motion for Preliminary Injunction in their Notice of Removal as Exhibit B. (Exhibit A)

6. On December 19, 2020, Defendants emailed Judge McVay a copy of the Notice of Removal. (Exhibit D)

7. Due to Defendants' removal of the action to this Court, Judge McVay did not hold a status conference on Plaintiff's Motion for Preliminary Injunction.

8. At this time, Plaintiff's Motion for Preliminary Injunction has not been decided by either the Fifth Judicial District or this Court.

9. Plaintiff asks this court to consider his Motion for Preliminary Injunction as fully incorporated.

WHEREFORE, Mr. Newman respectfully requests that this Court consider his Motion for Preliminary Injunction.

    Respectfully submitted,

    McELROY LAW FIRM, LLC

    By /s/ Rachel L. McElroy

    Rachel L. McElroy, Esq.
    PA ID No. 321624
    461 Cochran Rd. #107
    Pittsburgh, PA 15228
    Phone: 412-620-8735
    Email: rachel@mcelroylawfirm.com

    Attorney for Plaintiff,
    Darth Newman

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2021, the foregoing Renewed Motion for Preliminary Injunction was served upon all counsel of record via CM/ECF.

/s/ *Rachel L. McElroy*
Rachel L. McElroy
