IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

DARTH NEWMAN,  GD-20-012030

    Plaintiff

V

POLLOCK COHEN, LLP,

STEVE COHEN, CHRISTOPHER

K. LEUNG and ADAM POLLOCK

ORDER OF COURT

AND NOW this 18th day of December 2020, upon consideration of the Plaintiff's Motion for Preliminary Injunction, it is ORDERED:

A status conference in the matter is scheduled to be heard remotely on December 21, 2020 at 11:45 a.m., before Judge John T. McVay, Jr.

The Conference will take place using Teams Conference Call. The parties are required to call the conference number that is emailed to all parties from Judge McVay. Video Conferencing will be required. Any questions regarding Microsoft Teams can be directed to Judge McVay's law clerk, Eric Efinger by emailing him at eefinger@alleghenycourts.us

Please do not mail anything to Judge McVay's chambers as we are not regularly receiving mail. All filings should be emailed to the judicial staff at eefinger@alleghenycourts.us and amcvay@alleghenycourts.us.

Additionally, all parties are to review Judge McVay's Operating Procedures that are located on the Fifth Judicial District's Website.

BY THE COURT:

*Judge John T. McVay, Jr.* J.