**Gmail**  Rachel McElroy <rachel@mcelroylawfirm.com>

## Newman v. Pollock - Notice of Filing of Notice of Removal (GD-20-012030)
3 messages

**Rodriguez, Joanna M. (Pittsburgh)** <Joanna.Rodriguez@jacksonlewis.com>  Sat, Dec 19, 2020 at 9:29 AM
To: "aMcVay@allghenycourts.us" <aMcVay@allghenycourts.us>
Cc: Rachel McElroy <rachel@mcelroylawfirm.com>, "Presley, Marla N. (Pittsburgh)" <Marla.Presley@jacksonlewis.com>, "Dawson, Sean P. (Pittsburgh)" <Sean.Dawson@jacksonlewis.com>, "eefinger@alleghenycourt.us" <eefinger@alleghenycourt.us>, "kmccann@alleghenycourts.us" <kmccann@alleghenycourts.us>

Judge McVay –

We received your Honor's notice yesterday regarding the Hearing on Plaintiff's Motion for Preliminary Injunction filed in this matter.

Attached please find a copy of the Notice of Filing of Notice of Removal filed yesterday in this case, with copies of the Removal documents filed in the WD of Pennsylvania.

Thank you,

Joanna

[Joanna M. Rodriguez](#)
Attorney at Law
**Jackson Lewis P.C.**
Liberty Center
[1001 Liberty Avenue](#)
Suite [1000](#)
Pittsburgh, PA [15222](#)
Direct: (412) 338-5186 | Main: (412) 232-0404 | Mobile: (301) 938-7702
[Joanna.Rodriguez@Jacksonlewis.com](#) | [www.jacksonlewis.com](#)

[Visit our resource page](#) for information and guidance on COVID-19's workplace implications

 **Notice of Filing of Notice of Removal - with Exhibits (Darth Newman).pdf**
2526K

**Rodriguez, Joanna M. (Pittsburgh)** <Joanna.Rodriguez@jacksonlewis.com>  Sat, Dec 19, 2020 at 1:00 PM
To: "amcVay@alleghenycourts.us" <amcVay@alleghenycourts.us>, "eefinger@alleghenycourt.us" <eefinger@alleghenycourt.us>, "kmccann@alleghenycourts.us" <kmccann@alleghenycourts.us>
Cc: "Dawson, Sean P. (Pittsburgh)" <Sean.Dawson@jacksonlewis.com>, "Presley, Marla N. (Pittsburgh)" <Marla.Presley@jacksonlewis.com>, Rachel McElroy <rachel@mcelroylawfirm.com>

[Quoted text hidden]

 **Notice of Filing of Notice of Removal - with Exhibits (Darth Newman).pdf**
2526K

**Dawson, Sean P. (Pittsburgh)** <Sean.Dawson@jacksonlewis.com>  Mon, Dec 21, 2020 at 9:55 AM
To: "amcVay@alleghenycourts.us" <amcVay@alleghenycourts.us>, "eefinger@alleghenycourt.us" <eefinger@alleghenycourt.us>, "kmccann@alleghenycourts.us" <kmccann@alleghenycourts.us>
Cc: "Presley, Marla N. (Pittsburgh)" <Marla.Presley@jacksonlewis.com>, "Rodriguez, Joanna M. (Pittsburgh)" <Joanna.Rodriguez@jacksonlewis.com>, Rachel McElroy <rachel@mcelroylawfirm.com>

Good morning, Judge McVay,

We are reaching out to confirm that the hearing initially scheduled for this morning will no longer take place now that the case has been removed to federal district court.

Please let us know.

Thank you!

Sean


**Sean P. Dawson**
Attorney at Law
**Jackson Lewis P.C.**
Liberty Center
1001 Liberty Avenue
Suite 1000
Pittsburgh, PA 15222
Direct: (412) 338-5187 | Main: (412) 232-0404
Sean.Dawson@Jacksonlewis.com | www.jacksonlewis.com

Visit our resource page for information and guidance on COVID-19's workplace implications

[Quoted text hidden]
[Quoted text hidden]