IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARTH NEWMAN,** | Civil Action No. 2:20-cv-01973-RJC |
| **Plaintiff,** | |
| v. | Honorable Robert J. Colville |
| **POLLOCK COHEN, LLP,** **STEVE COHEN,** **CHRISTOPHER K. LEUNG, and** **ADAM POLLOCK,** | *Electronically Filed* |
| **Defendants.** | |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the foregoing, Plaintiff Darth Newman's Renewed Motion for Preliminary Injunction is GRANTED. Defendants are hereby preliminarily enjoined to escrow the disputed portions of any contingency recoveries received by Defendants after Newman's Separation Date.

BY THE COURT:

_____

Judge Robert J. Colville