IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARTH NEWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. 2:20-CV-01973-RJC |
| ) | |
| POLLOCK COHEN, LLP, STEVE COHEN, ) | |
| CHRISTOPHER K. LEUNG, and ADAM ) | |
| POLLOCK, ) | |
| ) | |
| Defendants. ) | |

**HEARING MEMO/MINUTE ENTRY**

**Hearing Date:** February 11, 2021
**Time:** 1:30 p.m. – 1:50 p.m.
**Type of Conference:** Telephonic Status Conference
**Reporter:** none
**Deputy Clerk/Law Clerk:** Kathleen Davis (kathleen_davis@pawd.uscourts.gov)

**Counsel For Plaintiff**

Rachel L. McElroy, Esq.

**Counsel For Defendants**

Marla N. Presley, Esq.

**Orders, Remarks, Instructions**

- Discussion of pending motion for preliminary injunction and scheduling of hearing in light of fact that there is a pending motion to dismiss. Court encourages parties to attempt to come to an agreement with respect to concerns raised in preliminary injunction request, i.e. possible escrowing of funds. It is hereby ORDERED Counsel shall file a Joint Status Report on or before **2/22/21** advising court whether an agreement has been reached and plaintiff intends to withdraw the motion for preliminary injunction.

- Court will defer scheduling preliminary injunction hearing pending the Joint Status Report.

- Should no agreement be reached, the parties have conceded that the Court has sufficient briefing on the issue of the Court's authority to enter a preliminary injunction as to plaintiff's claim for monetary damages.

- Plaintiff intends to file Amended Complaint which may moot certain arguments set forth in the Motion to Dismiss.